Nicholas von der Lancken (SBN 17317)
**DYKEMA GOSSETT LLP**
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
nvonderlancken@dykema.com

Attorneys for Defendant General Motors LLC
*(Additional attorneys listed on signature page)*

MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar NO. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER ANGEL-ECHEVERRIA, an individual; RIGOBERTO ANGEL-ECHEVERRIA JR., by and through his mother SILVIA ECHEVERRIA, DARLENE ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA; SAMANTHA ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA; CAMILA ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA, | CASE NO. 2:25-cv-02005-JAD-NJK |
| Plaintiffs, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GENERAL MOTORS, LLC a foreign limited liability company; DOES I through X; ROE MANUFACTURER I through X, ROE DISTRIBUTOR I through X, ROE RETAILER I through X; and ROE CORPORATIONS I through X, inclusive, | ECF No. 26 |
| Defendants. | |

1                                                          Case No. 2:25-cv-02005-JAD-NJK

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED Plaintiffs, JENNIFER ANGEL-ECHEVERRIA, an individual; RIGOBERTO ANGEL-ECHEVERRIA JR., by and through his mother SILVIA ECHEVERRIA, DARLENE ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA; SAMANTHA ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA; CAMILA ANGEL-ECHEVERRIA, by and through her mother SILVIA ECHEVERRIA (collectively, "Plaintiffs"), and Defendant GENERAL MOTORS LLC ("GM LLC") to the above-entitled action jointly submit this Stipulation and Proposed Order requesting dismissal with prejudice pursuant to Federal Rule of Civil Procedure Rule 41. The Parties further stipulate that each party shall bear its own costs and fees.

Thus, Plaintiffs and GM LLC respectfully request that the Court enter this Stipulation as an Order.

IT IS SO STIPULATED.

DATED: May 7, 2026                    **HENNESS & HAIGHT**

*/s/ Stephen J. Mendenhall*
Mark G. Henness, Esq. (SBN 5842)
Stephen J. Mendenhall, Esq. (SBN 15286)
*Attorneys for Plaintiff*

DATED: May 7, 2026                    **DYKEMA GOSSETT LLP**
                                      **EVANS FEARS SCHUTTERT**
                                      **MCNULTY MICKUS**

**ORDER**

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

*/s/ Nicholas O. von der Lancken*
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
Brennen D Marshall, Esq. (SBN 16578)
Nicholas O. von der Lancken (SBN 17317)
Michael P. Cooney (*Pro Hac Vice*)
*Attorneys for General Motors LLC*

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2026

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071